AMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| AO-10 Rev. 1/2002 | | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) <br> MUNSON, ALEX R | 2. Court or Organization <br> USDC Northern Mariana Islands | 3. Date of Report <br> 5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br> JUDGE - ACTIVE | 5. ReportType (check appropriate type) <br> ○ Nomination, Date <br> ○ Initial  ● Annual  ○ Final | 6. Reporting Period <br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br> USDC Northern Mariana Islands <br> P.O. Box 500687 <br> Saipan, MP 96950 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

2004 MAY 21 A 11:09 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AETNA Inc. Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 2.  AETNA Inc. Common Stock | A | Int/Div | | | Sell | 7/11 | J | C | Public Trading |
| 3.  Altria | A | Int/Div | J | T | Buy | 1/27 | J | A | Public Trading |
| 4.  AMGEN | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 5.  AMGEN | A | Int/Div | J | T | Buy | 1/31 | J | A | Public Trading |
| 6.  AMGEN | A | Int/Div | J | T | Buy | 4/3 | J | A | Public Trading |
| 7.  AMGEN | A | Int/Div | J | T | Buy | 12/9 | J | A | Public Trading |
| 8.  American Electric Power Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 9.  American International Group Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 10.  Amierican International Group Inc | A | Int/Div | J | T | Buy | 2/20 | J | A | Public Trading |
| 11.  American International Group Inc. | A | Int/Div | J | T | Buy | 6/24 | J | A | Public Trading |
| 12.  Anheuser Busch Co. | A | Int/Div | J | T | Buy | 1/6 | J | A | Public Trading |
| 13.  Anheuser Busch Co. | A | Int/Div | | | Sell | 10/9 | J | A | Public Trading |
| 14.  Applied Materials | A | Int/Div | | | Sell | 1/7 | J | A | Public Trading |
| 15.  Arrow Electronics Common Stock | A | Int/Div | J | T | | | | | |
| 16.  Avnet Inc. Common Stock | A | Int'Div | J | T | | | | | |
| 17.  Bank of America | A | IntDiv | J | T | Part Sell | 1/2 | J | B | Public Trading |
| 18.  Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | Part Sell | 10/09 | L | C | Public Trading |

1. Income Gain Codes       A – $1,000 or less       B – $1,001-$2,500       C – $2,501-$5,000       D – $5,001-$15,000       E – $15,001-$50,000
   (See Columns B1 and D4)   F – $50,001-$100,000   G – $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes       J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q – Appraisal   R – Cost (Real Estate Only)   S – Assessment   T – Cash Market
   (See Column C2)   U – Book Value   V – Other   W – Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | Buy | 12/11 | J | A | Public Trading |
| 20. Bernstein International Value Portfolio II | C | Int/Div | L | T | Part Sell | 2/20 | L | C | Public Trading |
| 21. Bernstein International Value Portfolio II | C | Int/Div | L | T | Buy | 4/03 | J | A | Public Trading |
| 22. Bernstein International Value Portfolio II | C | Int/Div | L | T | Buy | 12/11 | J | A | Public Trading |
| 23. Bernstein Intermediate Duration Portfolio | D | Int/Div | M | T | Part Sell | 10/09 | J | G | Public Trading |
| 24. BP PLC Sponsored ADR | A | Int/Div | J | T | Buy | 12/31 | J | A | Public Trading |
| 25. Burlington Northern Santa Fe Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 26. Cabot Corp. | A | Int/Div | | | Sell | 1/2 | J | A | Public Trading |
| 27. Cardinal Health Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 28. Cardinal Health Inc. | A | Int/Div | J | T | Part Sell | 4/7 | J | A | Public Trading |
| 29. Cardinal Health Inc. | A | Int/Div | J | T | Part Sell | 7/15 | J | A | Public Trading |
| 30. Cardinal Health Inc. | A | Int/Div | | | Sell | 7/31 | J | A | Public Trading |
| 31. Chubb Corp | A | Int/Div | J | T | | | | | |
| 32. Cigna Corp. | A | Int/Div | | | Sell | 10/9 | J | A | Public Trading |
| 33. Cisco Systems | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 34. Cisco Systems | A | Int/Div | J | T | Buy | 12/9 | J | A | Public Trading |
| 35. Citigroup Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 36. Citigroup Inc. | A | Int/Div | J | T | Buy | 9/19 | J | A | Public Trading |

1. Income Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Comcast Corp. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 38. Comcast Corp. | A | Int/Div | J | T | Buy | 7/2 | J | A | Public Trading |
| 39. Comcast Corp. | A | Int/Div | J | T | Buy | 8/19 | J | A | Public Trading |
| 40. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 41. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 10/9 | J | A | Public Trading |
| 42. Constellation Energy Group | A | Int/Div | J | T | | | | | |
| 43. Cooper Industries | A | Int/Div | J | T | | | | | |
| 44. Cooper Tire & Rubber Co. | A | Int/Div | | | Sell | 4/22 | J | A | Public Trading |
| 45. Corning Inc. | A | Int/Div | J | T | Part Sell | 10/9 | J | C | Public Trading |
| 46. Crown Cork and Seal Co. Inc. | A | Int/Div | | | Sell | | J | A | Public Trading |
| 47. CSX Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 48. CSX Common Stock | A | Int/Div | | | Sell | 10/09 | J | A | Public Trading |
| 49. Dana Corp. | A | Int/Div | | | Sell | 3/11 | J | A | Public Trading |
| 50. Dell Computer | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 51. Dell Computer | A | Int/Div | J | T | Buy | 6/24 | J | A | Public Trading |
| 52. Dell Computer | A | Int/Div | J | T | Buy | 8/19 | J | A | Public Trading |
| 53. Dell Computer | A | Int/Div | J | T | Buy | 12/10 | J | A | Public Trading |
| 54. Dow Chemical | A | | J | T | Part Sell | 1/2 | J | A | Public Trading |

1. Income Gain Codes      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)      F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)      N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2  = $5,000,001-$25,000,000
      P3  = $25,000,001-$50,000,000      P4  = More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
   (See Column C2)      U  = Book Value      V  = Other      W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dow Chemical | A | Int/Div | | | Sell | 6/3 | J | A | Public Trading |
| 56. Eastman Chemical Common Stock | A | Int/Div | | | Sell | 7/23 | J | A | Public Trading |
| 57. Ebay Inc | A | Int/Div | J | T | Buy | 8/19 | J | A | Public Trading |
| 58. Ebay Inc | A | Int/Div | J | T | Buy | 9/10 | J | A | Public Trading |
| 59. Electronic Arts Inc | A | Int/Div | J | T | Buy | 12/09 | J | A | Public Trading |
| 60. Electronic Arts Inc. | A | Int/Div | J | T | Buy | 10/8 | J | A | Public Trading |
| 61. Electronic Arts Inc | A | Int/Div | J | T | Buy | 11/19 | J | A | Public Trading |
| 62. Entergy Corp. | A | Int/Div | J | T | Buy | 8/27 | J | A | Public Trading |
| 63. Fannie Mae | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 64. Fannie Mae | A | Int/Div | J | T | Buy | 6/24 | J | A | Public Trading |
| 65. Fannie Mae | A | Int/Div | J | T | Buy | 12/9 | J | A | Public Trading |
| 66. Federated Department Stores | A | Int/Div | J | T | Buy | 2/18 | J | A | Public Trading |
| 67. First Union Corp. - 9/5/01 changed name to Wachovia | A | Int/Div | J | T | | | | | |
| 68. Fleet Boston Fincl. Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 69. Flextronics Int. | A | Int/Div | J | T | Buy | 12/15 | J | A | Public Trading |
| 70. Freddie Mac Voting Common | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 71. Freddie Mac Voting Common | A | Int/Div | | | Sell | 6/11 | J | A | Public Trading |
| 72. General Electric | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. General Electric | A | Int/Div | J | T | Part Sell | 9/10 | J | A | Public Trading |
| 74. Genuine Parts | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 75. Georgia Pacific Corp. | A | Int/Div | | | Sell | 6/19 | J | A | Public Trading |
| 76. Glaxosmith Kline PLC | A | Int/Div | J | T | Buy | 8/27 | J | A | Public Trading |
| 77. Golden West Financial Corp | A | Int/Div | J | T | Part Sell | 8/13 | J | A | Public Trading |
| 78. Goldman Sachs Group | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 79. Goldman Sachs Group | A | Int/Div | J | T | Buy | 8/19 | J | A | Public Trading |
| 80. Health Net Inc. | A | Int/Div | | | Sell | 1/2 | J | A | Public Trading |
| 81. Hewlett Packard Co. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 82. Hewlett Packard | A | Int/Div | J | T | Buy | 5/7 | J | A | Public Trading |
| 83. Ingram Micro Inc - CL A | A | Int/Div | J | T | | | | | |
| 84. Intel Corp | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 85. Johnson & Johnson | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 86. Johnson & Johnson | A | Int/Div | J | T | Buy | 4/28 | J | A | Public Trading |
| 87. Johnson & Johnson | A | Int/Div | | | Sell | 12/19 | J | A | Public Trading |
| 88. Kohls Corp. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 89. Kohls Corp. | A | Int/Div | J | T | Part Sell | 11/14 | J | A | Public Trading |
| 90. Lear Corp | A | Int/Div | J | T | | | | | |

1. Income Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Leased Land | | None | L | R | | | | | See Schedule VIII |
| 92. Leggett and Platt Inc. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 93. Leggett and Platt Inc. | A | Int/Div | | | Sell | 9/22 | J | A | Public Trading |
| 94. Lehman Brothers | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 95. Lowes Companies Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 96. Lowes Company Inc. | A | Int/Div | J | T | Buy | 2/20 | J | A | Public Trading |
| 97. Lowes Company | A | Int/Div | J | T | Part Sell | 4/7 | J | A | Public Trading |
| 98. Lubrizol Corporation Common Stock | A | Int/Div | J | T | | | | | |
| 99. Lyondell Chemical Company | A | Int/Div | | | Sell | 9/17 | J | A | Public Trading |
| 100. Magna International | A | Int/Div | J | T | | | | | |
| 101. Maxim | A | Int/Div | J | T | Buy | 11/19 | J | A | Public Trading |
| 102. MBNA Corp. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 103. MBNA Corp. | A | Int/Div | J | T | Buy | 2/20 | J | A | Public Trading |
| 104. MBNA Corp. | A | Int/Div | J | T | Buy | 4/3 | J | A | Public Trading |
| 105. MBNA | A | Int/Div | J | T | Part Sell | 12/15 | J | A | Public Trading |
| 106. Medtronic Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 107. Medtronic Inc. | A | Int/Div | J | T | Buy | 4/3 | J | A | Public Trading |
| 108. Meditronic Inc. | A | Int/Div | J | T | Buy | 8/19 | J | A | Public Trading |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | | | P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Meditronic Inc. | A | Int/Div | J | T | Buy | 12/9. | J | A | Public Trading |
| 110. Merrill Lynch | A | Int/Div | J | T | Buy | 1/6 | J | A | Public Trading |
| 111. Merrill Lynch | A | Int/Div | J | T | Buy | 1/31 | J | A | Public Trading |
| 112. Microsoft Corp. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 113. Microsoft Corp. | A | Int/Div | J | T | Buy | 4/3 | J | A | Public Trading |
| 114. Microsoft Corp | A | Int/Div | J | T | Buy | 4/28 | J | A | Public Trading |
| 115. Microsoft Corp. | A | Int/Div | J | T | Buy | 6/24 | J | A | Public Trading |
| 116. Millennium Chemicals Inc. | A | Int/Div | J | T | | | | | |
| 117. National City Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 118. Nokia Corp | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 119. Nokia Corp | A | Int/Div | | | Sell | 8/13 | J | A | Public Trading |
| 120. Norfolk Southern Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 121. Nortel Networks | A | Int/Div | J | T | Part Sell | 10/9 | J | C | Public Trading |
| 122. Occidental Petroleum Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 123. Pacificare Health Systems Inc. Common Stock | A | Int/Div | | | Sell | 7/8 | J | A | Public Trading |
| 124. Parker Hannifin Corp. | A | Int/Div | J | T | | | | | |
| 125. Pepsico Inc. | A | Int/Div | J | T | Buy | 10/6 | J | A | Public Trading |
| 126. Pfizer | A | Int/Div | J | T | Buy | 1/7 | J | A | Public Trading |

| 1 | Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 | Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 | Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 127. Pfizer Inc | A | Int/Div | J | T | Buy | 4/28 | J | A | Public Trading |
| 128. Pharmacia Corp. - 4/16/03 became Pfizer | A | Int/Div | J | T | | | | | |
| 129. PPL | A | Int/Div | J | T | | | | | |
| 130. Procter & Gamble | A | Int/Div | J | T | Buy | 1/6 | J | A | Public Trading |
| 131. Progressive Corp-Ohio | A | Int/Div | J | T | Buy | 8/4 | J | A | Public Trading |
| 132. Quantum Common Stock | A | Int/Div | | | Sell | 9/12 | J | A | Public Trading |
| 133. Quest Communications | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 134. Renaissancere Holdings Ltd. | A | Int/Div | J | T | Buy | 5/15 | J | A | Public Trading |
| 135. Safeway Inc | A | Int/Div | J | T | Buy | 7/24 | J | A | Public Trading |
| 136. Schering Plough Co. | A | Int/Div | | | Sell | 9/15 | J | A | Public Trading |
| 137. Smurfit-Stone Construction Corp. | A | Int/Div | | | Sell | 10/09 | J | A | Public Trading |
| 138. Solectron Corp. | A | Int/Div | J | T | Buy | 10/31 | J | A | Public Trading |
| 139. Sonoco Products Co. | A | Int/Div | | | Sell | 3/11 | J | A | Public Trading |
| 140. Sprint Corp. | A | Int/Div | J | T | Buy | 2/25 | J | A | Public Trading |
| 141. Sprint Corp. | A | Int/Div | J | T | Buy | 4/2 | J | A | Public Trading |
| 142. Sprint Corp | A | Int/Div | J | T | Buy | 7/23 | J | A | Public Trading |
| 143. Sun Co. Inc. Common Stock (Sunoco) | A | Int/Div | | | Sell | 3/11 | J | A | Public Trading |
| 144. Supervalue Inc. Common Stock | A | Int/Div | J | T | | | | | |

1 Income Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,901-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2 Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Tellabe Inc. | A | Int/Div | J | T | | | | | |
| 146. Temple Inland Inc. | A | Int/Div | | | Sell | 7/8 | J | A | Public Trading |
| 147. Textron | A | Int/Div | J | T | Buy | 7/23 | J | A | Public Trading |
| 148. Thomas & Betts Corp | A | Int/Div | J | T | | | | | |
| 149. Torch Mark Corp | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 150. Tyson Foods Inc. - Cl A | A | Int/Div | | | Sell | 7/1 | J | A | Public Trading |
| 151. Union Carbide Common Stock -2/12/01 Became Dow Chemical | A | Int/Div | | | Sell | | J | A | Public Trading |
| 152. United Health Group Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 153. United Health Group Inc. | A | Int/Div | J | T | Part Sell | 8/4 | J | A | Public Trading |
| 154. Valero Energy Corp. New | A | Int/Div | J | T | | | | | |
| 155. Veritas Software | A | Int/Div | J | T | Buy | 11/19 | J | A | Public Trading |
| 156. Verizon Communications | A | Int/Div | J | T | Buy | 7/31 | J | A | Public Trading |
| 157. Verizon Communications | A | Int/Div | | | Sell | 8/12 | J | A | Public Trading |
| 158. VF Corporation Common Stock | A | Int/Div | | | Sell | 1/2 | J | A | Public Trading |
| 159. Viacom Inc. | A | Int/Div | J | T | Buy | 1/3 | J | A | Public Trading |
| 160. Viacom Inc | A | Int/Div | J | T | Buy | 6/24 | J | A | Public Trading |
| 161. Wachovia Corp | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 162. Walgreen Co. | A | Int/Div | J | T | Buy | 1/6 | J | A | Public Trading |

1. Income Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Walgreen Co. | A | Int/Div | J | T | Part Sell | 3/17 | J | A | Public Trading |
| 164. Walgreen Co | A | Int/Div | J | T | Part Sell | 10/28 | J | A | Public Trading |
| 165. Washington Mutual | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 166. Washington Mutual | A | Int/Div | J | T | Part Sell | 10/31 | J | A | Public Trading |
| 167. Washington Mutual | A | Int/Div | J | T | Part Sell | 12/02 | J | A | Public Trading |
| 168. Westvaco - 1/30/02 changed name to MeadWestVaco | A | Int/Div | | | Sell | 3/11 | J | A | Public Trading |
| 169. Whirlpool Corporation Common Stock | A | Int/Div | J | T | Part Sell | 7/16 | J | A | Public Trading |
| 170. Wisconsin Energy Corp. | A | Int/Div | J | T | | | | | |
| 171. Wyeth | A | Int/Div | J | T | Buy | 7/24 | J | A | Public Trading |
| 172. Yahoo | A | Int/Div | J | T | Buy | 11/19 | J | A | Public Trading |
| 173. Yahoo | A | Int/Div | J | T | Buy | 12/10 | J | A | Public Trading |

1. Income Gain Codes.      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes.      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes.      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Trust #1 listed in Part I is unfunded.

Leased property listed in Section VII, Line 91, was acquired November 30, 1990, for $100,000.
It is located on ███████████ on the Island of Saipan in the Commonwealth of the Northern Mariana Islands.

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5-11-04

*nunc pro tunc 3-26-04*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) MUNSON, ALEX R | 2. Court or Organization USDC Northern Mariana Islands | 3. Date of Report 3/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address USDC Northern Mariana Islands P.O. Box 500687 Saipan, MP 96950 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee #1 |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

2004 MAR 29 A 9: 5...

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AETNA Inc. Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 2. AETNA Inc. Common Stock | A | Int/Div | J | T | Sell | 7/11 | J | C | Public Trading |
| 3. Altria | A | Int/Div | J | T | Buy | 1/27 | | | Public Trading |
| 4. AMGEN | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 5. AMGEN | A | Int/Div | J | T | Buy | 1/31 | | | Public Trading |
| 6. AMGEN | A | Int/Div | J | T | Buy | 4/3 | | | Public Trading |
| 7. AMGEN | A | Int/Div | J | T | Buy | 12/9 | | | Public Trading |
| 8. American Electric Power Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 9. American International Group Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 10. Amierican International Group Inc | A | Int/Div | J | T | Buy | 2/20 | | | Public Trading |
| 11. American International Group Inc. | A | Int/Div | J | T | Buy | 6/24 | | | Public Trading |
| 12. Anheuser Busch Co. | A | Int/Div | J | T | Buy | 1/6 | | | Public Trading |
| 13. Anheuser Busch Co. | A | Int/Div | J | T | Sell | 10/9 | J | A | Public Trading |
| 14. Applied Materials | A | Int/Div | J | T | Sell | 1/7 | J | A | Public Trading |
| 15. Arrow Electronics Common Stock | A | Int/Div | J | T | | | | | |
| 16. Avnet Inc. Common Stock | A | Int'Div | J | T | | | | | |
| 17. Bank of America | A | IntDiv | J | T | Part Sell | 1/2 | J | B | Public Trading |
| 18. Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | Part Sell | 10/09 | L | C | Public Trading |

1. Income Gain Codes:      A – $1,000 or less      B – $1,001-$2,500      C – $2,501-$5,000      D – $5,001-$15,000      E – $15,001-$50,000
   (See Columns B1 and D4)      F – $50,001-$100,000      G – $100,001-$1,000,000      H1 – $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J – $15,000 or less      K – $15,001-$50,000      L – $50,001-$100,000      M – $100,001-$250,000
   (See Columns C1 and D3)      N – $250,000-$500,000      O – $500,001-$1,000,000      P1 – $1,000,001-$5,000,000      P2 – $5,000,001-$25,000,000
      P3 – $25,000,001-$50,000,000      P4 – $More than $50,000,000
3. Value Method Codes      Q – Appraisal      R – Cost (Real Estate Only)      S – Assessment      T – Cash-Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A-H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Bernstein Tax Managed International Portfolio | C | Int/Div | L | T | Buy | 12/11 | | | Public Trading |
| 20. Bernstein International Value Portfolio II | C | Int/Div | L | T | Part Sell | 2/20 | L | C | Public Trading |
| 21. Bernstein International Value Portfolio II | C | Int/Div | L | T | Buy | 4/03 | | | Public Trading |
| 22. Bernstein International Value Portfolio II | C | Int/Div | L | T | Buy | 12/11 | | | Public Trading |
| 23. Bernstein Intermediate Duration Portfolio | D | Int/Div | M | T | Part Sell | 10/09 | J | G | Public Trading |
| 24. BP PLC Sponsored ADR | A | Int/Div | J | T | Buy | 12/31 | | | Public Trading |
| 25. Burlington Northern Santa Fe Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 26. Cabot Corp. | A | Int/Div | J | T | Sell | 1/2 | J | A | Public Trading |
| 27. Cardinal Health Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 28. Cardinal Health Inc. | A | Int/Div | J | T | Part Sell | 4/7 | J | A | Public Trading |
| 29. Cardinal Health Inc. | A | Int/Div | J | T | Part Sell | 7/15 | J | A | Public Trading |
| 30. Cardinal Health Inc. | A | Int/Div | J | T | Sell | 7/31 | J | A | Public Trading |
| 31. Chubb Corp | A | Int/Div | J | T | | | | | |
| 32. Cigna Corp. | A | Int/Div | J | T | Sell | 10/9 | J | A | Public Trading |
| 33. Cisco Systems | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 34. Cisco Systems | A | Int/Div | J | T | Buy | 12/9 | | | Public Trading |
| 35. Citigroup Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 36. Citigroup Inc. | A | Int/Div | J | T | Buy | 9/19 | | | Public Trading |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes.              J = $15,000 or less     K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                  P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Comcast Corp. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 38. Comcast Corp. | A | Int/Div | J | T | Buy | 7/2 | | | Public Trading |
| 39. Comcast Corp. | A | Int/Div | J | T | Buy | 8/19 | | | Public Trading |
| 40. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 41. Conoco Inc. Phillips | A | Int/Div | J | T | Part Sell | 10/9 | J | A | Public Trading |
| 42. Constellation Energy Group | A | Int/Div | J | T | | | | | |
| 43. Cooper Industries | A | Int/Div | J | T | | | | | |
| 44. Cooper Tire & Rubber Co. | A | Int/Div | J | T | Sell | 4/22 | J | A | Public Trading |
| 45. Corning Inc. | A | Int/Div | J | T | Part Sell | 10/9 | J | C | Public Trading |
| 46. Crown Cork and Seal Co. Inc. | A | Int/Div | J | T | Sell | 11/4/01 | J | A | Public Trading |
| 47. CSX Common Stock | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 48. CSX Common Stock | A | Int/Div | J | T | Sell | 10/09 | J | A | Public Trading |
| 49. Dana Corp. | A | Int/Div | J | T | Sell | 3/11 | J | A | Public Trading |
| 50. Dell Computer | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 51. Dell Computer | A | Int/Div | J | T | Buy | 6/24 | | | Public Trading |
| 52. Dell Computer | A | Int/Div | J | T | Buy | 8/19 | | | Public Trading |
| 53. Dell Computer | A | Int/Div | J | T | Buy | 12/10 | | | Public Trading |
| 54. Dow Chemical | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |

1. Income Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dow Chemical | A | Int/Div | J | T | Sell | 6/3 | J | A | Public Trading |
| 56. Eastman Chemical Common Stock | A | Int/Div | J | T | Sell | 7/23 | J | A | Public Trading |
| 57. Ebay Inc | A | Int/Div | J | T | Buy | 8/19 | | | Public Trading |
| 58. Ebay Inc | A | Int/Div | J | T | Buy | 9/10 | | | Public Trading |
| 59. Electronic Arts Inc | A | Int/Div | J | T | Buy | 12/09 | | | Public Trading |
| 60. Electronic Arts Inc. | A | Int/Div | J | T | Buy | 10/8 | | | Public Trading |
| 61. Electronic Arts Inc | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 62. Entergy Corp. | A | Int/Div | J | T | Buy | 8/27 | | | Public Trading |
| 63. Fannie Mae | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 64. Fannie Mae | A | Int/Div | J | T | Buy | 6/24 | | | Public Trading |
| 65. Fannie Mae | A | Int/Div | J | T | Buy | 12/9 | | | Public Trading |
| 66. Federated Department Stores | A | Int/Div | J | T | Buy | 2/18 | | | Public Trading |
| 67. First Union Corp. - 9/5/01 changed name to Wachovia | A | Int/Div | J | T | | | | | |
| 68. Fleet Boston Fincl. Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 69. Flextronics Int. | A | Int/Div | J | T | Buy | 12/15 | | | Public Trading |
| 70. Freddie Mac Voting Common | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 71. Freddie Mac Voting Common | A | Int/Div | J | T | Sell | 6/11 | J | A | Public Trading |
| 72. General Electric | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. General Electric | A | Int/Div | J | T | Part Sell | 9/10 | J | A | Public Trading |
| 74. Genuine Parts | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 75. Georgia Pacific Corp. | A | Int/Div | J | T | Sell | 6/19 | J | A | Public Trading |
| 76. Glaxosmith Kline PLC | A | Int/Div | J | T | Buy | 8/27 | | | Public Trading |
| 77. Golden West Financial Corp | A | Int/Div | J | T | Part Sell | 8/13 | J | A | Public Trading |
| 78. Goldman Sachs Group | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 79. Goldman Sachs Group | A | Int/Div | J | T | Buy | 8/19 | | | Public Trading |
| 80. Health Net Inc. | A | Int/Div | J | T | Sell | 1/2 | J | A | Public Trading |
| 81. Hewlett Packard Co. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 82. Hewlett Packard | A | Int/Div | J | T | Buy | 5/7 | | | Public Trading |
| 83. Ingram Micro Inc - CL A | A | Int/Div | J | T | | | | | |
| 84. Intel Corp | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 85. Johnson & Johnson | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 86. Johnson & Johnson | A | Int/Div | J | T | Buy | 4/28 | | | Public Trading |
| 87. Johnson & Johnson | A | Int/Div | J | T | Sell | 12/19 | J | A | Public Trading |
| 88. Kohls Corp. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 89. Kohls Corp. | A | Int/Div | J | T | Part Sell | 11/14 | J | A | Public Trading |
| 90. Lear Corp | A | Int/Div | J | T | | | | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Leased Land | | None | L | R | | | | | |
| 92. Leggett and Platt Inc. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 93. Leggett and Platt Inc. | A | Int/Div | J | T | Sell | 9/22 | J | A | Public Trading |
| 94. Lehman Brothers | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 95. Lowes Companies Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 96. Lowes Company Inc. | A | Int/Div | J | T | Buy | 2/20 | | | Public Trading |
| 97. Lowes Company | A | Int/Div | J | T | Part Sell | 4/7 | J | A | Public Trading |
| 98. Lubrizol Corporation Common Stock | A | Int/Div | J | T | | | | | |
| 99. Lyondell Chemical Company | A | Int/Div | J | T | Sell | 9/17 | J | A | Public Trading |
| 100. Magna International | A | Int/Div | J | T | | | | | |
| 101. Maxim | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 102. MBNA Corp. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 103. MBNA Corp. | A | Int/Div | J | T | Buy | 2/20 | | | Public Trading |
| 104. MBNA Corp. | A | Int/Div | J | T | Buy | 4/3 | | | Public Trading |
| 105. MBNA | A | Int/Div | J | T | Part Sell | 12/15 | J | A | Public Trading |
| 106. Medtronic Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 107. Medtronic Inc. | A | Int/Div | J | T | Buy | 4/3 | | | Public Trading |
| 108. Meditronic Inc. | A | Int/Div | J | T | Buy | 8/19 | | | Public Trading |

1. Income/Gain Codes:     A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
                                    V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Meditronic Inc. | A | Int/Div | J | T | Buy | 12/9 | | | Public Trading |
| 110. Merrill Lynch | A | Int/Div | J | T | Buy | 1/6 | | | Public Trading |
| 111. Merrill Lynch | A | Int/Div | J | T | Buy | 1/31 | | | Public Trading |
| 112. Microsoft Corp. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 113. Microsoft Corp. | A | Int/Div | J | T | Buy | 4/3 | | | Public Trading |
| 114. Microsoft Corp | A | Int/Div | J | T | Buy | 4/28 | | | Public Trading |
| 115. Microsoft Corp. | A | Int/Div | J | T | Buy | 6/24 | | | Public Trading |
| 116. Millennium Chemicals Inc. | A | Int/Div | J | T | | | | | |
| 117. National City Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 118. Nokia Corp | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 119. Nokia Corp | A | Int/Div | J | T | Sell | 8/13 | J | A | Public Trading |
| 120. Norfolk Southern Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 121. Nortel Networks | A | Int/Div | J | T | Part Sell | 10/9 | J | C | Public Trading |
| 122. Occidental Petroleum Corp. | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 123. Pacificare Health Systems Inc. Common Stock | A | Int/Div | J | T | Sell | 7/8 | J | A | Public Trading |
| 124. Parker Hannifin Corp. | A | Int/Div | J | T | | | | | |
| 125. Pepsico Inc. | A | Int/Div | J | T | Buy | 10/6 | | | Public Trading |
| 126. Pfizer | A | Int/Div | J | T | Buy | 1/7 | | | Public Trading |

1. Income Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,900      D  = $5,001-$15,000      E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1  = $1,000,001-$5,000,000      H2  = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1  = $1,000,001-$5,000,000      P2  = $5,000,001-$25,000,000
P3  = $25,000,001-$50,000,000      P4  = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
V  = Other      W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Pfizer Inc | A | Int/Div | J | T | Buy | 4/28 | | | Public Trading |
| 128. Pharmacia Corp. - 4/16/03 became Pfizer | A | Int/Div | J | T | | | | | |
| 129. PPL | A | Int/Div | J | T | | | | | |
| 130. Procter & Gamble | A | Int/Div | J | T | Buy | 1/6 | | | Public Trading |
| 131. Progressive Corp-Ohio | A | Int/Div | J | T | Buy | 8/4 | | | Public Trading |
| 132. Quantum Common Stock | A | Int/Div | J | T | Sell | 9/12 | J | A | Public Trading |
| 133. Quest Communications | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 134. Renaissancere Holdings Ltd. | A | Int/Div | J | T | Buy | 5/15 | | | Public Trading |
| 135. Safeway Inc | A | Int/Div | J | T | Buy | 7/24 | | | Public Trading |
| 136. Schering Plough Co. | A | Int/Div | J | T | Sell | 9/15 | J | A | Public Trading |
| 137. Smurfit-Stone Construction Corp. | A | Int/Div | J | T | Sell | 10/09 | J | A | Public Trading |
| 138. Solectron Corp. | A | Int/Div | J | T | Buy | 10/31 | | | Public Trading |
| 139. Sonoco Products Co. | A | Int/Div | J | T | Sell | 3/11 | J | A | Public Trading |
| 140. Sprint Corp. | A | Int/Div | J | T | Buy | 2/25 | | | Public Trading |
| 141. Sprint Corp. | A | Int/Div | J | T | Buy | 4/2 | | | Public Trading |
| 142. Sprint Corp | A | Int/Div | J | T | Buy | 7/23 | | | Public Trading |
| 143. Sun Co. Inc. Common Stock (Sunoco) | A | Int/Div | J | T | Sell | 3/11 | J | A | Public Trading |
| 144. Supervalue Inc. Common Stock | A | Int/Div | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Tellabe Inc. | A | Int/Div | J | T | | | | | |
| 146. Temple Inland Inc. | A | Int/Div | J | T | Sell | 7/8 | J | A | Public Trading |
| 147. Textron | A | Int/Div | J | T | Buy | 7/23 | | | Public Trading |
| 148. Thomas & Betts Corp | A | Int/Div | J | T | | | | | |
| 149. Torch Mark Corp | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 150. Tyson Foods Inc. - Cl A | A | Int/Div | J | T | Sell | 7/1 | J | A | Public Trading |
| 151. Union Carbide Common Stock -2/12/01 Became Dow Chemical | A | Int/Div | J | T | Sell | 11/13 01 | J | A | Public Trading |
| 152. United Health Group Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 153. United Health Group Inc. | A | Int/Div | J | T | Part Sell | 8/4 | J | A | Public Trading |
| 154. Valero Energy Corp. New | A | Int/Div | J | T | | | | | |
| 155. Veritas Software | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 156. Verizon Communications | A | Int/Div | J | T | Buy | 7/31 | | | Public Trading |
| 157. Verizon Communications | A | Int/Div | J | T | Sell | 8/12 | J | A | Public Trading |
| 158. VF Corporation Common Stock | A | Int/Div | J | T | Sell | 1/2 | J | A | Public Trading |
| 159. Viacom Inc. | A | Int/Div | J | T | Buy | 1/3 | | | Public Trading |
| 160. Viacom Inc | A | Int/Div | J | T | Buy | 6/24 | | | Public Trading |
| 161. Wachovia Corp | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 162. Walgreen Co. | A | Int/Div | J | T | Buy | 1/6 | | | Public Trading |

1. Income Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MUNSON, ALEX R | 3/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. Walgreen Co. | A | Int/Div | J | T | Part Sell | 3/17 | J | A | Public Trading |
| 164. Walgreen Co | A | Int/Div | J | T | Part Sell | 10/28 | J | A | Public Trading |
| 165. Washington Mutual | A | Int/Div | J | T | Part Sell | 1/2 | J | A | Public Trading |
| 166. Washington Mutual | A | Int/Div | J | T | Part Sell | 10/31 | J | A | Public Trading |
| 167. Washington Mutual | A | Int/Div | J | T | Part Sell | 12/02 | J | A | Public Trading |
| 168. Westvaco - 1/30/02 changed name to MeadWestVaco | A | Int/Div | J | T | Sell | 3/11 | J | A | Public Trading |
| 169. Whirlpool Corporation Common Stock | A | Int/Div | J | T | Part Sell | 7/16 | J | A | Public Trading |
| 170. Wisconsin Energy Corp. | A | Int/Div | J | T | | | | | |
| 171. Wyeth | A | Int/Div | J | T | Buy | 7/24 | | | Public Trading |
| 172. Yahoo | A | Int/Div | J | T | Buy | 11/19 | | | Public Trading |
| 173. Yahoo | A | Int/Div | J | T | Buy | 12/10 | | | Public Trading |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/26/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Trust # 1 listed in Part I is unfunded.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUNSON, ALEX R | 3/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  3-26-2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544